| | |
|---|---|
| 1 | Sara B. Brody, SBN 130222 |
| 2 | sbrody@sidley.com<br>Nicole M. Ryan, SBN 175980 |
| 3 | nicole.ryan@sidley.com<br>Ryan G. Fant, SBN 274153 |
| 4 | rfant@sidley.com<br>SIDLEY AUSTIN LLP |
| 5 | 555 California Street, Suite 2000<br>San Francisco, California 94104 |
| 6 | Telephone: (415) 772-1200<br>Facsimile:  (415) 772-7400 |
| 7 | Attorneys for Defendant |
| 8 | STMICROELECTRONICS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. 14-cv-03236-RMW<br><br>**STIPULATION AND [] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>Date:       September 19, 2014<br>Time:       9:00 a.m.<br>Place:      Courtroom 6, 4th Floor<br>Judge:     Hon. Ronald M. Whyte |

1  Plaintiff Cisco Systems, Inc. ("Plaintiff") and Defendant STMicroelectronics, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 13, 2014, Plaintiff filed the Complaint against Defendant in Santa Clara Superior Court;

WHEREAS, on July 17, 2014, Defendant removed the action to the United States District Court for the Northern District of California, San Jose Division;

WHEREAS, on July 24, 2014, Defendant filed a motion to dismiss and a special motion to strike ("Motions") in response to the Complaint with an agreed-upon hearing date of September 19, 2014;

WHEREAS, under Civil L.R. 7-3, the due date for Plaintiff to file Oppositions to the Motions would be August 7, 2014, and the due date for Defendant to file Replies to the Oppositions would be August 14, 2014;

WHEREAS, the parties agree that extending the deadlines for the Oppositions and Replies and setting the hearing date for September 19, 2014, would allow the parties to fully brief the issues and provide the Court with sufficient time to evaluate the pleadings prior to the hearing;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that the briefing schedule on Defendant's Motions, and the hearing on the Motions, will be as follows:

| | |
|---|---|
| Plaintiff's Opposition | Due August 18, 2014 |
| Defendant's Reply in support of its Motions | Due September 4, 2014 |
| Hearing on Defendant's Motions | September 19, 2014 at 9:00 a.m. |

Dated: July 25, 2014                              Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Nicole M. Ryan
Nicole M. Ryan

Attorneys for Defendant
STMicroelectronics, Inc.

---

1

STIPULATION AND [] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION
TO DISMISS AND SPECIAL MOTION TO STRIKE - CASE NO. 14-CV-03236-RMW

Dated: July 25, 2014                                Respectfully submitted,

                                                    WINSTON & STRAWN LLP


                                                    By: /s/ Krista M. Enns
                                                        Krista M. Enns

                                                    Attorneys for Plaintiff Cisco Systems, Inc.

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Setting Hearing Date and Briefing Schedule.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.


Dated: July 25, 2014                                SIDLEY AUSTIN LLP

                                                    By: /s/ Nicole M. Ryan
                                                        Nicole M. Ryan

                                                        Attorneys for Defendant
                                                        STMicroelectronics, Inc.

**[PROPOSED] ORDER**

The parties having agreed to the following deadlines and hearing date, IT IS HEREBY ORDERED THAT the following briefing schedule and hearing date are set for Defendant's motion to dismiss and special motion to strike ("Motions") in response to Plaintiff's Complaint.

| | |
|---|---|
| Plaintiff's Opposition | Due August 18, 2014 |
| Defendant's Reply in support of its Motions | Due September 4, 2014 |
| Hearing on Defendant's Motions | September 19, 2014 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: Cwi Fl , 2014

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge