Sara B. Brody, SBN 130222
sbrody@sidley.com
Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan G. Fant, SBN 274153
rfant@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant
STMICROELECTRONICS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>STMICROELECTRONICS, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>           Defendant. | Case No. 14-cv-03236-RMW<br><br>**STIPULATION AND [] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:     December 5, 2014<br>Time:     9:00 a.m.<br>Place:    Courtroom 6, 4th Floor<br>Judge:   Hon. Ronald M. Whyte |

1  Plaintiff Cisco Systems, Inc. ("Plaintiff") and Defendant STMicroelectronics, Inc.
2  ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:
3  WHEREAS, on June 13, 2014, Plaintiff filed the Complaint against Defendant in Santa Clara
4  Superior Court;
5  WHEREAS, on July 17, 2014, Defendant removed the action to the United States District
6  Court for the Northern District of California, San Jose Division;
7  WHEREAS, on July 24, 2014, Defendant filed a motion to dismiss and a special motion to
8  strike ("Motions") in response to the Complaint with an agreed-upon hearing date of September 19,
9  2014;
10  WHEREAS, on August 20, 2014, the Court entered the Parties' stipulation and proposed
11  order withdrawing Defendant's Motions without prejudice in light of Plaintiff's intent to amend its
12  Complaint, setting a deadline of August 29, 2014 for Plaintiff to file its Amended Complaint, and
13  ordering that the Parties agree on an appropriate deadline for Defendant to file its response to the
14  Amended Complaint and any resulting briefing schedule;
15  WHEREAS, on August 29, 2014, Plaintiff filed its Amended Complaint;
16  WHEREAS, under Fed. R. Civ. P. 15(a), the due date for Defendant to respond to the
17  Amended Complaint would be September 12, 2014, and under Civil L.R. 7-3, the due date for
18  Plaintiff to file Oppositions to any motions Defendant filed in response to the Amended Complaint
19  would then be September 26, 2014, and the due date for Defendant to file Replies to the Oppositions
20  would then be October 3, 2014;
21  WHEREAS, the parties agree that extending the deadlines for Defendant to respond to the
22  Amended Complaint and the resulting Oppositions and Replies to any motions filed in response to
23  the Amended Complaint, as well as setting the hearing date for December 5, 2014, would allow the
24  parties to fully brief the issues and provide the Court with sufficient time to evaluate the pleadings
25  prior to the hearing;
26  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
27  undersigned, subject to the approval of the Court, that:
28  1.   The briefing schedule on Defendant's motion(s) in response to the Amended

1 Complaint, and the hearing on any such motion(s), will be as follows:

2     Defendant's Response to the Amended Complaint      Due September 30, 2014

3     Plaintiff's Opposition      Due October 31, 2014

4     Defendant's Reply in support of its Motion(s)      Due November 19, 2014

5     Hearing on Defendant's Motion(s)      December 5, 2014 at 9:00 a.m.

7 Dated: September 12, 2014      Respectfully submitted,

8      SIDLEY AUSTIN LLP

10      By: /s/ Nicole M. Ryan
            Nicole M. Ryan

11      Attorneys for Defendant
12      STMicroelectronics, Inc.

14 Dated: September 12, 2014      Respectfully submitted,

15      WINSTON & STRAWN LLP

17      By: /s/ Krista M. Enns
            Krista M. Enns

18      Attorneys for Plaintiff Cisco Systems, Inc.

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 Dated: September 45, 2014      *Ronald M. Whyte*

23      Hon. Ronald M. Whyte
     United States District Court Judge

26 **SIGNATURE ATTESTATION**

27      I am the ECF User whose identification and password are being used to file the foregoing

28 Stipulation and [Proposed] Order Setting Hearing Date and Briefing Schedule. In compliance with

2

STIPULATION AND [] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S RESPONSE
TO PLAINTIFF'S AMENDED COMPLAINT - CASE NO. 14-CV-03236-RMW