1  Krista M. Enns (SBN: 206430)
   kenns@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111-5802
   Telephone:  (415) 591-1000
4  Facsimile:  (415) 591-1400

5  Dan K. Webb (*pro hac vice* forthcoming)
   dwebb@winston.com
6  J. Erik Connolly (*pro hac vice* pending)
   econnolly@winston.com
7  WINSTON & STRAWN LLP
   35 West Wacker Drive
8  Chicago, IL 60601
   Telephone:  (312) 558-5600
9  Facsimile:  (312) 558-5700

10 Attorneys for Plaintiff
   CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | **Case No. 5:14-cv-03236-RMW-HRL** |
| Plaintiff, | **JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(E)** |
| v. | |
| STMICROELECTRONICS, INC., | |
| Defendant. | |

1  Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant STMicroelectronics, Inc. ("ST Micro,"
2  together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as
3  follows:
4  WHEREAS, on August 29, 2014, Cisco filed its Amended Complaint (ECF No. 21);
5  WHEREAS, the Amended Complaint references 24 exhibits, each of which was filed with
6  the Court (ECF Nos. 21-1 through 24-2);
7  WHEREAS, ST Micro's position is that 5 of these exhibits—Exhibit 1 (ECF No. 21-1),
8  Exhibit 2 (ECF No. 21-2), Exhibit 3 (ECF No. 21-3), Exhibit 4 (ECF No. 21-4), Exhibit 8 (ECF No.
9  22), and Exhibit 15 (ECF No. 23)—should be filed under seal;
10 WHEREAS, pursuant to Court order, these exhibits were removed from the publicly filed
11 docket pending adjudication of an administrative motion to seal them (ECF No. 28);
12 WHEREAS, Cisco filed an administrative motion to seal each of these exhibits (ECF No.
13 29);
14 WHEREAS, pursuant to Local Rule 79-5(e), ST Micro has until September 15, 2014
15 (because the fourth days from Cisco's September 9, 2014 filing falls on a weekend day) to file its
16 declaration to support the sealing;
17 WHEREAS, the parties have agreed to extend ST Micro's time to file a declaration as
18 required by Local Rule 79-5(e) to September 22, 2014;
19 NOW THEREFORE, Cisco and ST Micro stipulate as follows, subject to the Court's
20 approval:
21 • ST Micro shall have until September 22, 2014, to file and serve a declaration in
22   support of sealing pursuant to Local Rule 79-5(e).
23 IT IS SO STIPULATED.
24 Dated:  September 12, 2014          WINSTON & STRAWN LLP
25
26                                     By: /s/*Krista M. Enns*
                                           Krista M. Enns
27                                         Attorneys for Plaintiff
                                           CISCO SYSTEMS, INC.
28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE ISO PLAINTIFF CISCO SYSTEMS,
INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(E) – CASE NO. 5:14-CV-03236-RMW-HRL

Dated: September 12, 2014         SIDLEY AUSTIN LLP

                                  By:  /s/*Nicole Ryan*
                                       Nicole Ryan
                                       Attorneys for Defendant
                                       STMICROELECTRONICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September GH, 2014         *Ronald M. Whyte*
                                  Ronald M. Whyte
                                  United States District Judge

### LOCAL RULE 5-1 ATTESTATION

I, Krista M. Enns, am the ECF User whose ID and password was used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79 5(E).  In compliance with Local Rule 5-1(i)(3), I hereby attest that, counsel for Defendant, concurred in this filing.

Dated: September 12, 2014         By:  /s/*Krista M. Enns*
                                       Krista M. Enns

2

JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE ISO PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(E) – CASE NO. 5:14-CV-03236-RMW-HRL

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802