Sara B. Brody, SBN 130222
sbrody@sidley.com
Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Emily A. Caveness, SBN 290527
ecaveness@sidley.com
Ryan G. Fant, SBN 274153
rfant@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant
STMICROELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>STMICROELECTRONICS, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 14-cv-03236-RMW<br><br>**JOINT REQUEST TO REMOVE INDIVIDUALS ERRONEOUSLY LISTED AS DEFENDANTS ON DOCKET** |

1  Subsequent to the filing of Plaintiff Cisco Systems, Inc.'s ("Plaintiff") Amended Complaint on August 29, 2014 (Docket Entry No. 21), the docket was revised to list 30 individuals as defendants: Bassel Atala, Marietta Axisa, Michael Cosson, Luca DiFalco, Aymeric Gisselbrecht, Perry Mason, Brian Mielewski, John Rossi, Luigi Areuri, Ignazio Bellomo, Maria-Rosa Borghi, Marcello Cicchetti, Angelo D'Arrigo, Antonio Grimaldi, Matteo Lo Presti, Claudio Mazzurco, Giacomo Mercadante, Antonino Motta, Fabio Salanitri, Francesca Sandrini, Max Saponaro, Mirko Sciortino, David Simone Trapani, William Chan, Sam Guo, Blancky Ho, Samuel Liu, Charlie Zhu, Vivek Sharma, and Harjett Singh ("the individuals").

Plaintiff did not intend the Amended Complaint to be read as naming the individuals as defendants. Rather, the Amended Complaint should be read as naming only STMicroelectronics, Inc. as a defendant. Plaintiff and Defendant therefore respectively request that the individuals be removed from the docket so that they are not listed as defendants in this matter.

Dated: November 19, 2014          SIDLEY AUSTIN LLP

                                  By: */s/ Ryan G. Fant*
                                      Ryan G. Fant
                                      Attorneys for Defendant
                                      STMICROELECTRONICS, INC.

Dated: November 19, 2014          WINSTON & STRAWN LLP

                                  By: */s/ Krista M. Enns*
                                      Krista M. Enns
                                      Attorneys for Plaintiff
                                      CISCO SYSTEMS, INC.

                                  Öæ^åḰḞÐÐÍ



APPROVED
Judge Ronald M. Whyte