Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Dan K. Webb (*pro hac vice*)
dwebb@winston.com
J. Erik Connolly (*pro hac vice*)
econnolly@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>STMICROELECTRONICS, INC.,<br><br>            Defendant. | **Case No. 5:14-cv-03236-RMW-HRL**<br><br>**JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e)** |

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

1  Plaintiff Cisco Systems, Inc. ("Cisco") and Defendant STMicroelectronics, Inc. ("ST Micro"
2  together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as
3  follows:
4  WHEREAS, on April 1, 2014, Cisco filed its Third Amended Complaint (ECF No. 73);
5  WHEREAS, the Third Amended Complaint references 24 exhibits, each of which was filed
6  with the Court (ECF Nos. 73-1 through 73-24);
7  WHEREAS, ST Micro's position is that 6 of these exhibits (which have been filed in
8  redacted form)—Exhibit 1 (ECF No. 73-1), Exhibit 2 (ECF No. 73-2), Exhibit 3 (ECF No. 73-3),
9  Exhibit 4 (ECF No. 73-4), Exhibit 8 (ECF No. 73-8), and Exhibit 15 (ECF No. 73-15)—should be
10 filed under seal;
11 WHEREAS, Cisco filed an administrative motion to seal each of these exhibits (ECF No.
12 74);
13 WHEREAS, pursuant to Local Rule 79-5(e), ST Micro has until April 6, 2015 (because the
14 fourth day from Cisco's April 1, 2015 filing falls on a weekend day) to file its declaration to support
15 the sealing;
16 WHEREAS, the parties have agreed to extend ST Micro's time to file a declaration as
17 required by Local Rule 79-5(e) to April 10, 2015;
18 NOW THEREFORE, Cisco and ST Micro stipulate as follows, subject to the Court's
19 approval:
20 • ST Micro shall have until April 10, 2015, to file and serve a declaration in support of
21   sealing pursuant to Local Rule 79-5(e).
22 IT IS SO STIPULATED.
23 Dated:  April 3, 2015                WINSTON & STRAWN LLP
24
25                                      By:   /s/*Krista M. Enns*
                                              Krista M. Enns
26                                            Attorneys for Plaintiff
                                              CISCO SYSTEMS, INC.
27
28

1

Dated: April 3, 2015          SIDLEY AUSTIN LLP

                              By:   /s/ *Sara Brody*
                                    Sara B. Brody
                                    Attorneys for Defendant
                                    STMICROELECTRONICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April Ï, 2015          __Ronald M. Whyte__
                              Ronald M. Whyte
                              United States District Judge

**LOCAL RULE 5-1 ATTESTATION**

I, Krista M. Enns, am the ECF User whose ID and password was used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e).  In compliance with Local Rule 5-1(i)(3), I hereby attest that, counsel for Defendant, concurred in this filing.

Dated: April 3, 2015          By:   /s/*Krista M. Enns*
                                    Krista M. Enns

2

JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE ISO PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e) – CASE NO. 5:14-CV-03236-RMW-HRL
SF:387927.1