Sara B. Brody, SBN 130222
sbrody@sidley.com
Nicole M. Ryan, SBN 175980
nicole.ryan@sidley.com
Ryan G. Fant, SBN 274153
rfant@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendant
STMICROELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation,<br><br>                 Plaintiff,<br><br>        v.<br><br>STMICROELECTRONICS, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>                 Defendant. | Case No. 14-cv-03236-RMW<br><br>**STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:   May 29, 2015<br>Time:  9:00 a.m.<br>Place:  Courtroom 6, 4th Floor<br>Judge:  Hon. Ronald M. Whyte |

1  Plaintiff Cisco Systems, Inc. ("Plaintiff") and Defendant STMicroelectronics, Inc.
2  ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:
3  WHEREAS, on April 20, 2015, Defendant filed a Motion to Dismiss Plaintiff's Third
4  Amended Complaint ("Motion"), noticed for hearing on May 29, 2015;
5  WHEREAS, under Civil L.R. 7-3, the due date for Plaintiff to file an Opposition to the
6  Motion would be May 4, 2015, and the due date for Defendant to file a Reply in support of the
7  Motion would then be May 11, 2015;
8  WHEREAS, the parties agree that extending the deadlines for the Opposition and Reply to
9  the Motion would allow the parties to fully brief the issues and provide the Court with sufficient
10 time to evaluate the motion papers prior to the hearing;
11 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
12 undersigned, subject to the approval of the Court, that:
13 The briefing schedule on the Motion will be as follows:
14    o  Plaintiff's Opposition to the Motion            Due May 6, 2015
15    o  Defendant's Reply in support of the Motion      Due May 15, 2015

                                        Respectfully submitted,

Dated:  April 28, 2015                  SIDLEY AUSTIN LLP

                                        By: */s/ Nicole M. Ryan*
                                            Nicole M. Ryan

                                        Attorneys for Defendant
                                        STMicroelectronics, Inc.

1

STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS THIRD
AMENDED COMPLAINT - CASE NO. 14-CV-03236-RMW

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  April 28, 2015 | WINSTON & STRAWN LLP |
| | By: */s/ Krista M. Enns* |
| | Krista M. Enns |
| | Attorneys for Plaintiff |
| | Cisco Systems, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 52, 2015        _____
                               Hon. Ronald M. Whyte
                               United States District Court Judge

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Setting Briefing Schedule on Defendant's Motion to Dismiss Third Amended Complaint.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated:  April 28, 2015 | SIDLEY AUSTIN LLP |
| | By: */s/ Nicole M. Ryan* |
| | Nicole M. Ryan |
| | Attorneys for Defendant |
| | STMicroelectronics, Inc. |