1  Sara B. Brody, SBN 130222
   sbrody@sidley.com
2  Nicole M. Ryan, SBN 175980
   nicole.ryan@sidley.com
3  Ryan G. Fant, SBN 274153
   rfant@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
5  San Francisco, California  94104
   Telephone: (415) 772-1200
6  Facsimile:  (415) 772-7400

7  Attorneys for Defendants
   STMICROELECTRONICS, INC. and
8  STMICROELECTRONICS S.R.L.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 14-cv-03236-RMW |
| Plaintiff, | **STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT STMICROELECTRONICS S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| STMICROELECTRONICS, INC., and STMICROELECTRONICS, S.R.L., | |
| Defendants. | Date:    August 28, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom 6, 4th Floor<br>Judge:   Hon. Ronald M. Whyte |

1 | Plaintiff Cisco Systems, Inc. ("Plaintiff") and Defendant STMicroelectronics S.r.l.
2 | ("Defendant," and collectively, "the parties"), by and through their undersigned counsel, hereby
3 | stipulate as follows:

4 | WHEREAS, on June 15, 2015, Defendant filed a Motion to Dismiss for Lack of Personal
5 | Jurisdiction ("Motion"), noticed for hearing on August 28, 2015;

6 | WHEREAS, under Civil L.R. 7-3, the due date for Plaintiff to file an Opposition to the
7 | Motion would be June 29, 2015, and the due date for Defendant to file a Reply in support of the
8 | Motion would then be July 6, 2015;

9 | WHEREAS, the parties agree that extending the deadlines for the Opposition and Reply to
10 | the Motion would allow the parties to fully brief the issues and provide the Court with sufficient
11 | time to evaluate the motion papers prior to the hearing;

12 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
13 | undersigned, subject to the approval of the Court, that:

14 | The briefing schedule on the Motion will be as follows:

15 | - Plaintiff's Opposition to the Motion — Due July 14, 2015
16 | - Defendant's Reply in support of the Motion — Due August 3, 2015

Respectfully submitted,

Dated: June 17, 2015

SIDLEY AUSTIN LLP

By: */s/ Nicole M. Ryan*
Nicole M. Ryan

Attorneys for Defendants
STMicroelectronics, Inc. and
STMicroelectronics S.r.l.

---

1

STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT STMICROELECTRONICS S.R.L.'S
MOTION TO DISMISS - CASE NO. 14-CV-03236-RMW

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  June 17, 2015 | WINSTON & STRAWN LLP |
| | By: */s/ Krista M. Enns* |
| | Krista M. Enns |
| | Attorneys for Plaintiff<br>Cisco Systems, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 48, 2015

_____
Hon. Ronald M. Whyte
United States District Court Judge

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Setting Briefing Schedule on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.  In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated:  June 17, 2015 | SIDLEY AUSTIN LLP |
| | By: */s/ Nicole M. Ryan* |
| | Nicole M. Ryan |
| | Attorneys for Defendants<br>STMicroelectronics, Inc. and<br>STMicroelectronics S.r.l. |