Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Dan K. Webb (*pro hac vice*)
dwebb@winston.com
J. Erik Connolly (*pro hac vice*)
econnolly@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:    (312) 558-5600
Facsimile:    (312) 558-5700

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS, INC. and STMICROELECTRONICS, S.r.l., <br><br> Defendant. | **Case No. 5:14-cv-03236-RMW-HRL** <br><br> **JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e)** |

Plaintiff Cisco Systems, Inc. ("Cisco") and Defendants STMicroelectronics, Inc. ("STMicro-US") and STMicroelectronics, S.r.l. ("STMicro-Italy," and collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 14, 2015, Cisco filed its opposition to STMicro-Italy's motion to dismiss for lack of personal jurisdiction (the "Opposition," ECF No. 106);

WHEREAS, the Opposition includes various exhibits, including seven with respect to which Cisco believes STMicro-US and/or STMicro-Italy will take the position that they should be filed under seal, specifically:

1. ECF No. 105-3 – Exhibit B to DECLARATION OF THIERRY SOLOMON IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

2. ECF No. 105-5 – Exhibit C to DECLARATION OF THIERRY SOLOMON IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

3. ECF No. 105-7 – Exhibit D to DECLARATION OF THIERRY SOLOMON IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

4. ECF No. 105-9 – Exhibit E to DECLARATION OF THIERRY SOLOMON IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

5. ECF No. 105-11 – Exhibit F to DECLARATION OF THIERRY SOLOMON IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

6. ECF No. 105-13 – Exhibit A to DECLARATION OF ARDAVAN POURHAMZEH IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

7. ECF No. 105-15 – Exhibit A to DECLARATION OF RICHARD MARSZALIK IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S OPPOSITION TO STMICROELECTRONICS, S.R.L.'S MOTION TO DISMISS FOR LACK OF

1

JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE ISO PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e) – CASE NO. 5:14-cv-03236-RMW-HRL

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

PERSONAL JURISDICTION.  UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED.

WHEREAS, Cisco filed an administrative motion to seal each of these exhibits (ECF No. 105);

WHEREAS, pursuant to Local Rule 79-5(e), Defendants have until July 20, 2015 (because the fourth day from Cisco's July 14, 2015 filing falls on a weekend day) to file a declaration to support the sealing;

WHEREAS, the parties have agreed to extend Defendants' time to file a declaration as required by Local Rule 79-5(e) to July 30, 2015;

NOW THEREFORE, Cisco and Defendants stipulate as follows, subject to the Court's approval:

- Defendants shall have until July 30, 2015, to file and serve a declaration in support of sealing pursuant to Local Rule 79-5(e).

IT IS SO STIPULATED.

Dated:  July 17, 2015          WINSTON & STRAWN LLP

                               By:   /s/*Krista M. Enns*
                                     Krista M. Enns
                                     Attorneys for Plaintiff
                                     CISCO SYSTEMS, INC.

Dated:  July 17, 2015          SIDLEY AUSTIN LLP

                               By:   /s/ *Nicole Ryan*
                                     Nicole Ryan
                                     Attorneys for Defendant
                                     STMICROELECTRONICS, INC.

Dated:  July 17, 2015          SIDLEY AUSTIN LLP

                               By:   /s/ *Nicole Ryan*
                                     Nicole Ryan
                                     Attorneys for Defendant
                                     STMICROELECTRONICS, S.r.l.

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July G, 2015

_____
Ronald M. Whyte
United States District Judge

## LOCAL RULE 5-1 ATTESTATION

I, Krista M. Enns, am the ECF User whose ID and password was used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE IN SUPPORT OF PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e).  In compliance with Local Rule 5-1(i)(3), I hereby attest that, counsel for Defendants, concurred in this filing.

Dated:  July 17, 2015                          By:    /s/*Krista M. Enns*
                                                             Krista M. Enns

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

3

JOINT STIPULATION AND [] ORDER TO EXTEND TIME TO SUBMIT EVIDENCE ISO PLAINTIFF CISCO SYSTEMS, INC.'S MOTION TO SEAL PURSUANT TO LOCAL RULE 79-5(e) – CASE NO. 5:14-CV-03236-RMW-HRL