UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>    Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS INC, et al.,<br><br>    Defendants. | Case No. 5:14-cv-03236-RMW<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 105 |

Before the court is Cisco's administrative motion to seal materials in connection with its opposition to Defendant STMicroelectronics, S.r.l.'s motion to dismiss for lack of personal jurisdiction. Because the information sought to be sealed was designated confidential by defendants, ST Micro filed a declaration in support of sealing. Dkt. No. 113. Applying the standards set forth in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), Court rules on the instant motion as follows:

| **Motion to Seal** | **Document to be Sealed (as Highlighted[1])** | **Ruling** |
|---|---|---|
| 105 | Solomon Declaration Ex. B (105-3) | GRANTED as narrowly tailored to confidential business information. |
| 105 | Solomon Declaration Ex. C (105-5) | GRANTED as narrowly tailored to confidential business information. |

---

[1] Unless otherwise indicated, sealing is granted only for the highlighted proposed redactions of each document, where applicable.

1

5:14-cv-03236-RMW
ORDER GRANTING MOTION TO SEAL

| **Motion to Seal** | **Document to be Sealed (as Highlighted[1])** | **Ruling** |
|---|---|---|
| 105 | Solomon Declaration Ex. D (105-7) | GRANTED as narrowly tailored to confidential business information. |
| 105 | Solomon Declaration Ex. E (105-9) | GRANTED as narrowly tailored to confidential business information. |
| 105 | Solomon Declaration Ex. F (105-11) | GRANTED as narrowly tailored to confidential business information. |
| 105 | Pourhamzeh Declaration Ex. A (105-13) | GRANTED as narrowly tailored to confidential business information. |
| 105 | Marszalik Declaration Ex. A (105-15) | GRANTED as narrowly tailored to confidential business information. |

**IT IS SO ORDERED.**

Dated: September 1, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge