Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Rachel R. Davidson, SBN 215517
rachel.davidson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant/Counter-Claimant
STMICROELECTRONICS, INC. and Defendant
STMICROELECTRONICS S.R.L.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS, INC. and STMICROELECTRONICS, S.R.L., <br><br> Defendants. | Case No. 14-cv-03236-RMW <br><br> **CASE MANAGEMENT CONFERENCE ORDER** <br><br> Judge: Hon. Ronald M. Whyte |

A further Case Management Conference was held on January 22, 2016 at 10:30 a.m. before the Honorable Ronald M. Whyte.  Krista M. Enns and Shawn Gebhardt of Winston & Strawn LLP appeared for Plaintiff and Counter-Defendant Cisco Systems, Inc. ("Cisco") and Rachel R. Davidson of Sidley Austin LLP appeared for Defendant and Counter-Plaintiffs STMicroelectronics, Inc., and STMicroelectronics, S.r.L. (collectively "STMicro").

The Court ordered as follows:

1. Cisco and STMicro shall serve supplemental Initial Disclosures by February 22, 2016;

2. Cisco and STMicro shall submit a letter brief not to exceed five (5) pages on February 1, 2016 regarding the issue of extending the initial discovery period to

January 1, 2012, as proposed by Cisco, or limiting it to November 1, 2012, as proposed by STMicro.  STMicro shall submit a declaration explaining why the initial discovery period proposed by Cisco would be burdensome;

3. The parties are to meet and confer to develop a new proposed schedule by the parties' next Case Management Conference;

4. The parties will hold a mediation in late August, 2016;

5. The parties are limited to taking three (3) depositions per side prior to mediation;

6. Each party shall be limited to serving thirty (30) interrogatories;

7. The Court is considering a potential trial date in November or early December 2017; and

8. A further Case Management Conference is set for September 16, 2016 at 10:30 a.m. in Courtroom 6th, 4th Floor. The parties shall submit a Joint Case Management Statement on September 6, 2016.

**IT IS SO ORDERED.**

Dated: __1/27__, 2016

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

Approved as to form:

By:/s/ Krista M. Enns
Krista M. Enns
Counsel Cisco Systems, Inc.