1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CISCO SYSTEMS INC,

          Plaintiff,

   v.

STMICROELECTRONICS INC, et al.,

          Defendants.

Case No.  5:14-cv-03236-RMW

**ORDER GRANTING MOTION TO SEAL**

Re: Dkt. No. 146

     Before the court is Cisco's administrative motion to seal three exhibits to Cisco's February 1, 2016 letter brief on discovery. Because the information sought to be sealed was designated confidential by STMicroelectronics S.r.l, ST Micro filed a declaration in support of sealing. Dkt. No. 150. Applying the standards set forth in *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-98 (9th Cir. 2016), the court rules on the instant motion as follows:

| Motion to Seal | Document to be Sealed | Ruling |
|---|---|---|
| 146 | Ex. A (146-4) | GRANTED as narrowly tailored to confidential business information. |
| 146 | Ex. B (146-6) | GRANTED as narrowly tailored to confidential business information. |

1

| Motion to Seal | Document to be Sealed | Ruling |
|---|---|---|
| 146 | Ex. C (146-8) | GRANTED as narrowly tailored to confidential business information. |

**IT IS SO ORDERED.**

Dated: February 26, 2016

_Ronald M. Whyte_

Ronald M. Whyte
United States District Judge

5:14-cv-03236-RMW
ORDER GRANTING MOTION TO SEAL
RS

United States District Court
Northern District of California