UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS INC,<br><br>           Plaintiff,<br><br>     v.<br><br>STMICROELECTRONICS INC, et al.,<br><br>          Defendants. | Case No.  14-cv-03236-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 13, 2017**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 16, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      **IT IS SO ORDERED.**

Dated:  January 26, 2017

_____
                   Richard Seeborg
             United States District Judge

United States District Court
Northern District of California