Dan K. Webb (*pro hac vice*)
dwebb@winston.com
J. Erik Connolly (*pro hac vice*)
econnolly@winston.com
Shawn J. Gebhardt (*pro hac vice*)
sgebhardt@winston.com
Loren Rene (*pro hac vice*)
lrene@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. 3:14-cv-03236-RGS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF FINAL DISMISSAL WITH PREJUDICE |
| v. | |
| STMICROELECTRONICS, INC. and STMICROELECTRONICS, S.R.L., | Judge:  Hon. Richard G. Seeborg |
| Defendants and Counterclaimants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cisco Systems, Inc., on the one hand, and Defendant and Counterclaimant STMicroelectronics, Inc. and Defendant STMicroelectronics, S.r.l., on the other hand (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1), that all claims by the Parties in the above-captioned matter be, and upon approval by the Court are hereby, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 30, 2017

WINSTON & STRAWN LLP

By   */s/ Krista M. Enns*
     Krista M. Enns
     Attorneys for Plaintiff
     CISCO SYSTEMS, INC.

Dated: January 30, 2017

SIDLEY AUSTIN LLP

By   */s/ Rachel Davidson*
     Rachel Davidson
     Attorneys for Defendants
     STMICROELECTRONICS, INC. and
     STMICROELECTRONICS S.R.L.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 31, 2017

By: _____
The Honorable Richard G. Seeborg
United States District Judge